# United States Court of Appeals
## For the First Circuit

_____

Nos. 00-1840
     00-1996

CRAIG CHESTNUT,

Plaintiff, Appellee,

v.

CITY OF LOWELL,

Defendant, Appellant.

_____

ERRATA

The en banc opinion of this Court, issued on September 20, 2002, should be amended as follows.

On page 8, line 10, delete "(2000)".